UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-22937-Civ-COOKE/GOODMAN**

LUISA CARIDAD GARCIA,

      Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner
Of Social Security Administration

      Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

THIS MATTER is before the Court on United States Magistrate Judge Jonathan Goodman's Report and Recommendation (ECF No. 24) on Plaintiff's Unopposed Motion For Attorney's Fees (ECF No. 23).  In his Report, Judge Goodman recommends that the Court grant Plaintiff's motion for attorney's fees and award Plaintiff $7,348.57 in attorney's fees, contingent upon a determination by the Government that Plaintiff owes no qualifying, preexisting debt(s) to the Government, for which sum let execution issue. Defendant has not filed objections to the Report, and the time to do so has passed.

After reviewing the record, Judge Goodman's Report, and the relevant legal authorities, the Court finds Judge Goodman's Report clear, cogent, and compelling. Accordingly, the Court **AFFIRMS and ADOPTS** Judge Goodman's Report and Recommendation (ECF No. 24) and **GRANTS** Plaintiff's Motion for Attorney's Fees (ECF No. 23). The Court **AWARDS** Plaintiff $7,348.57 in attorney's fees, contingent upon a determination by the Government that Plaintiff owes no qualifying, preexisting debt(s) to the Government, for which sum let execution issue.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 3rd day of November 2020.

_Marcia G. Cooke_

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*