## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-22937-Civ-COOKE/GOODMAN

LUISA CARIDAD GARCIA,

      Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner
Of Social Security Administration

      Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORTS AND RECOMMENDATIONS

    THIS MATTER is before the Court on United States Magistrate Judge Jonathan Goodman's Report and Recommendation (ECF No. 27) on Plaintiff's Uncontested Petition for Reasonable Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (ECF No. 26).  In his Report, Judge Goodman recommends that the Court grant Plaintiff's motion for attorney's fees, award Plaintiff $21,576.50 in attorney's fees, and require Plaintiff's counsel to refund $7,348.57 to Plaintiff.  ECF No. 27 at 5-6.  Defendant does not object to Judge Goodman's report, but it has clarified the fee award should be paid directly to Plaintiff's counsel regardless of whether Plaintiff owes a debt to the Government.  ECF No. 29.

    After reviewing the record, Judge Goodman's Report, and the relevant legal authorities, the Court finds Judge Goodman's Report clear, cogent, and compelling. Accordingly, the Court **AFFIRMS and ADOPTS** Judge Goodman's Report and Recommendation (ECF No. 27) **in part** and **GRANTS** Plaintiff's Uncontested Petition for Reasonable Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (ECF No. 26).   The Court **AWARDS** Plaintiff $21,576.50 in attorney's fees to be paid directly to Plaintiff's counsel from Plaintiff's past-due benefits. Plaintiff's counsel is required to refund to Plaintiff the previously awarded Equal Access to Justice Act fee in the amount of $7,348.57.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 24th day of December 2020.

_Marcia G. Cooke_

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*